Gabriel J. McCarthy
Attorney at Law
ID Bar No. 7516
401 W. Front Street, Suite 302
Boise, Idaho 83702
Phone: 208-434-8888
Fax: 208-345-9982
gabe@gabrielmccarthy.com

*Counsel for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLBY MORGAN, | Case No. 1:16-cv-00280-EJL |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| STINKER STORES, INC., | |
| Defendant. | Filed Electronically |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Colby Morgan respectfully submits the instant Notice of Voluntary Dismissal without Prejudice.

Dated: September 23, 2016                     Respectfully submitted,

                                                              */s/ Gabriel J. McCarthy*

                                                              Gabriel J. McCarthy
                                                              Attorney at Law
                                                              ID Bar No. 7516
                                                              401 W. Front Street, Suite 302
                                                              Boise, Idaho 83702
                                                              Phone: 208-434-8888

Fax: 208-345-9982

Benjamin J. Sweet (PA Bar No. 87338)
R. Bruce Carlson (PA Bar No. 5667)
Stephanie K. Goldin (PA Bar No. 202865)
CARLSON LYNCH SWEET KILPELA
& CARPENTER, LLP
1133 Penn Avenue, Fifth Floor
Pittsburgh, PA 15222
Phone: 412-322-9243
Fax: 412-231-0246

*Counsel for Plaintiff*